MIED (Rev. 5/05) Request for Clerk's Entry of Default

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ORIX RE HOLDINGS, LLC

Plaintiff(s),                              Case No. 4:24-cv-11657-SDK-EAS

v.                                         Shalina D. Kumar

MICHAEL COLLIER

Defendant(s).

_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against

Michael Collier _____ for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1.  The summons and complaint were served on _____ September 6, 2024 _____ at

    8:45 PM _____ by

    personal service.

2.  The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3.  The defendant is not an infant, incompetent person or a member of the military service.

4.  This statement is true and is signed under the penalty of perjury.

September 30, 2024                        /s/ James Kresta _____

                                         TAFT, STETTINIUS & HOLLISTER, LLP
                                         27777 Franklin Road
                                         Southfield MI 48176
                                         jkresta@taftlaw.com
                                         (248) 727-1513
                                         Counsel for Plaintiff