UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Orix Re Holdings, LLC

                Plaintiff(s),                                    Case No.  24-cv-11657

v.                                                              Honorable  Shalina D. Kumar

Michael Collier

                Defendant(s).

_____/

### CLERK'S ENTRY OF JUDGMENT BY DEFAULT

The Clerk's entry of default having been entered against Defendant Michael Collier                    ,
and an affidavit having been filed;

THEREFORE, upon the request of the Plaintiff, and pursuant to Rule 55 (b)(1) of the Federal Rules of
Civil Procedure, JUDGMENT BY DEFAULT is hereby entered in favor of the Plaintiff and against the Defendant
Michael Collier                    , in the amount of $    7,923,173.47    plus interest.


                                        KINIKIA D. ESSIX, CLERK OF COURT
                                        United States District Court


                                        By: s/C Shrum
                                              Deputy Clerk


Dated: October 2, 2024